```
                                    FILED
                              2006 SEP -1  PM 1:53

                              CLERK US DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY _____RM_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA WASHINGTON, individually and as Successor in Interest to the Estate of Marshawn Washington, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, et al.<br><br>    Defendants. | Case No. 02-CV-0143-LAB (JMA)<br><br>**ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE** |

The Court convened a Mandatory Settlement Conference on August 31, 2006 at 10:00 a.m.

    1. The case settled as to the claims asserted in this action by Odessa Washington and the Estate of Corline Butts, and the terms of the settlement were placed on the record (1:0-173). The attorneys must personally appear for a Settlement Disposition Conference on **September 27, 2006** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a signed stipulation for dismissal of these plaintiffs' claims is submitted to the Court, **and a "Received" stamped copy is delivered directly to Magistrate Judge**

*Adler's chambers in person or by facsimile at (619) 702-9939*, prior to that time. If a copy of a signed stipulation for dismissal of these plaintiffs' claims cannot be provided to the chambers of Magistrate Judge Adler on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor. <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

   2. The case did not settle as to the claims of Plaintiffs Bertha Washington and Marshawn Washington, Jr. The Court has directed the parties to continue settlement discussions. The Court further directs the parties to proceed to the undersigned's chambers following their Pretrial Conference on <u>September 11, 2006</u> with the Honorable Larry A. Burns in order to advise the Court of the status of settlement negotiations and, if appropriate, to continue such negotiations.

   **IT IS SO ORDERED.**

Dated: September 1, 2006

JAN M. ADLER
United States Magistrate Judge

COPY TO:

HONORABLE LARRY A. BURNS
U.S. DISTRICT JUDGE

ALL COUNSEL OF RECORD