cal____

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME:  Washington v. County of San Diego, et al.         CASE NO:  02-CV-0143-LAB (JMA)

HON. JAN M. ADLER                                             CT. DEPUTY ROI-ANN BRESSI


Present:

Plaintiff(s):  Eugene Iredale, Esq., Douglas Gilliland, Esq.

Defendant(s):  James Chapin, Esq.; Joseph Kutyla, Esq.; Deborah Nash, Esq.


PROCEEDINGS:   __X__ In Chambers   _____ In Court   _____ Telephonic

   A Second Mandatory Settlement Conference was held on September 11, 2006 at 1:45 p.m.


                                                              INITIALS: ____ Deputy


DATED:  September 11, 2006

                                            _____
                                            Jan M. Adler
                                            U.S. Magistrate Judge