|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BERTHA WASHINGTON, individually and as Successor in Interest to the Estate of Marshawn Washington, et al. ) ) ) ) ) | Case No. 02-CV-0143-LAB (JMA)<br><br>**ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |
|---|---|
| Plaintiffs, ) | |
| v. ) | |
| COUNTY OF SAN DIEGO, a municipal corporation, et al. ) ) | |
| Defendants. ) | |

At the request of counsel for the County of San Diego, the Settlement Disposition Conference regarding Plaintiffs Odessa Washington and the Estate of Corline Butts, currently scheduled to be held on September 27, 2006 at 4:00 p.m., is <u>vacated</u>. Instead, the attorneys must appear for a Settlement Disposition Conference on **October 11, 2006** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a signed stipulation for dismissal is submitted to the Court, ***and a "Received" stamped copy is delivered directly to Magistrate Judge Adler's chambers in person***

1 | ***or by facsimile at (619) 702-9939***, prior to that time.  If a copy
2 | of a signed stipulation for dismissal cannot be provided to the
3 | chambers of Magistrate Judge Adler on or before the date
4 | indicated above, counsel shall contact the chambers of Magistrate
5 | Judge Adler <u>at least one court day before</u> the date indicated
6 | above to explain the reasons therefor.  <u>Failure to comply with
7 | this order may be cause for the imposition of monetary sanctions.</u>
8 | **IT IS SO ORDERED.**
9 | DATED:   September 21, 2006

_____
Jan M. Adler
U.S. Magistrate Judge