cal____

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME: Washington, et al. v. County of San Diego, et al.        CASE NO: 02-CV-0143-LAB (JMA)

HON. JAN M. ADLER        CT. DEPUTY ROI-ANN BRESSI

Present:

Plaintiff(s):

Defendant(s):

PROCEEDINGS:  _____ In Chambers   _____ In Court   _____ Telephonic

Due to the involvement of Magistrate Judge Adler in the settlement negotiations in this matter, the settlement and/or compromise of the claim of Marshawn Washington, Jr. shall, in accordance with Civil Local Rule 17.1, be reviewed by the Honorable William McCurine, Jr.

INITIALS: ____ Deputy

DATED: September 22, 2006

_____
Jan M. Adler
U.S. Magistrate Judge