UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA WASHINGTON, individually and as Successor in Interest to the Estate of Marshawn Washington, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, et al.<br><br>Defendants. | Case No. 02-CV-0143-LAB (JMA)<br><br>**ORDER REGARDING SETTLEMENT DISPOSITION CONFERENCE** |

**IT IS HEREBY ORDERED**:

1. The attorneys must appear for a Settlement Disposition Conference regarding Plaintiffs Odessa Washington and the Estate of Corline Butts on **September 28, 2006** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a signed stipulation for dismissal of these plaintiffs' claims is submitted to the Court, *and a "Received" stamped copy is delivered directly to Magistrate Judge Adler's chambers in person or by facsimile at (619) 702-9939*, prior to that time.  If a copy of a signed

1 stipulation for dismissal cannot be provided to the chambers of
2 Magistrate Judge Adler on or before the date indicated above,
3 counsel shall contact the chambers of Magistrate Judge Adler <u>at</u>
4 <u>least one court day before</u> the date indicated above to explain
5 the reasons therefor.  <u>Failure to comply with this order may be</u>
6 <u>cause for the imposition of monetary sanctions.</u>
7     2.  The Settlement Disposition Conference scheduled for
8 October 11, 2006 at 4:00 p.m. is vacated.
9     **IT IS SO ORDERED.**
10 DATED:   September 25, 2006

                                      Jan M. Adler
                                      U.S. Magistrate Judge