1  JOHN J. SANSONE, County Counsel
   County of San Diego
2  By JAMES M. CHAPIN, Senior Deputy (State Bar No. 118530)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101
   Telephone: (619) 531-5244
4
   Attorneys for Defendant County of San Diego
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 BERTHA WASHINGTON, et al.,        ) No. 02-cv-0143-LAB(JMA)
                                     )
11         Plaintiffs,                ) **STIPULATION AND ORDER OF
                                     ) DISMISSAL**
12    v.                              )
                                     ) Honorable Larry A. Burns
13 COUNTY OF SAN DIEGO, et al.,      )
                                     )
14         Defendants.                )
                                     )
15 ─────────────────────────         )
   AND RELATED ACTION                )
16                                   )

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

                                                          02-cv-0143-LAB(JMA)

**IT IS HEREBY STIPULATED** by the parties, through their respective counsel, that the above action be dismissed with prejudice as to Plaintiffs Odessa Washington and the Estate of Corline Butts.

DATED: 9/27/06

JOHN J. SANSONE, County Counsel

By *James M. Chapin*
JAMES M. CHAPIN, Senior Deputy
Attorneys for Defendant County of San Diego

DATED: 9/27/06

LAW OFFICE OF CLIFTON BLEVINS

By *Clifton D. Blevins*
CLIFTON BLEVINS, ESQ.
Attorney for Plaintiffs Odessa Washington and the Estate of Corline Butts

### ORDER

The parties having so stipulated, it is ordered that the above action be dismissed with prejudice as to the Plaintiffs Odessa Washington and the Estate of Corline Butts.

DATED: 9-28-06

*Larry A. Burns*
LARRY A. BURNS
United States District Judge