FILED
06 SEP 29 AM 11:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA WASHINGTON, individually and as Successor in Interest to the Estate of Marshawn Washington, MARSHAWN WASHINGTON, JR., an individual and minor, by and through his guardian ad litem Theresa Cole,<br><br>Plaintiffs,<br>vs.<br>COUNTY OF SAN DIEGO, a municipal corporation, PETER ASTUTO, an individual, K. CARSON, an individual, LUIS CARRILLO, an individual, JUAN CORIA, an individual, GARY ROGERS, an individual, JOHN RUSSELL, an individual, ALLEN GRIFFIN, an individual, JAMES KELLEY, an individual, PABLITA CORRALES, an individual, MYRNA PASILLAS (sic), an individual, JOSEPHINE JANSSEN, an individual, BLESIDA (sic) MAAGHOP, an individual, CLARISA (sic) CAGAWA (sic), an individual, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 02CV0143-LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

///

///

///

02CV0143

After trial had commenced in this case, Plaintiffs Bertha Washington and Marshawn Washington, Jr. reached a settlement with all Defendants, which was stated on the record in open court. These parties have submitted a signed stipulation for dismissal with prejudice, subject to approval of the compromise with respect to claims brought by the minor Plaintiff Marshawn Washington, Jr. Plaintiff Odessa Washington has likewise submitted a signed stipulation for dismissal with prejudice. Plaintiff Estate of Corline Butts was previously dismissed as a party.

For these reasons, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: 9.29-06

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc:   Magistrate Judge Jan M. Adler
      All Counsel of Record