UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA WASHINGTON, individually and as Successor in Interest to the Estate of Marshawn Washington, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, et al.<br><br>　　　　Defendants. | Case No. 02-CV-0143-LAB (JMA)<br><br>**ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |

The Court has received a "Received" stamped copy of the stipulation and proposed order of dismissal as to the claims of Plaintiffs Odessa Washington and the Estate of Corline Butts. Accordingly, **IT IS HEREBY ORDERED** that the Settlement Disposition Conference scheduled for September 28, 2006 at 4:00 p.m. is <u>vacated</u>.

　　**IT IS SO ORDERED.**

DATED: September 28, 2006

　　　　　　　　　　　　　　　　　　　　　　／s／ Jan M. Adler
　　　　　　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge