FILED
2006 OCT 17 AM 8:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA WASHINGTON, individually and as Successor in Interest to the Estate of Marshawn Washington, MARSHAWN WASHINGTON, JR. an individual and minor, by through his guardian ad litem Theresa Cole, <br><br>Plaintiff, <br><br>vs. <br><br>COUNTY OF SAN DIEGO, a municipal corporation, PETER ASTUTO, an individual, K. CARSON, an individual LUIS CARRILLO, an individual, JUAN CORIA, an individual, JOHN RUSSELL, an individual, ALLEN GRIFFIN, an individual, JAMES KELLEY, an individual, PABLITA CORRALES, an individual, MYRNA PASILLAS (sic), an individual, JOSEPHINE JANSSEN, an individual, BLESIDA (sic) MAAGHOP, an individual, CLARISA (sic) CAGAWA (sic), an individual, and DOES 1-100, inclusive, <br><br>Defendants. | CASE NO. 02cv0143-LAB (WMc) <br><br>**CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE MCCURINE AND FOR JURISDICTION OVER SETTLEMENT** |

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned case hereby waive their right to proceed before a United States District Judge and consent to have United States Magistrate Judge William McCurine, Jr. conduct any and all further proceedings in the case, including any orders for entry of judgment in the above-captioned case.

In addition, notwithstanding a dismissal, Judge McCurine shall have continuing jurisdiction

1  to resolve any and all disputes pertaining to the settlement, including but not limited to, enforcement
2  of and compliance with any settlement agreement. Each party waives any right to appeal from or collaterally attack any ruling by Judge McCurine.

3
4  *Bertha Cole Washington*
   BERTHA WASHINGTON, as representative
5  of the estate of Marshawn Washington, Sr.

6
7  _____
   Theresa Cole as Guardian ad litem
8  for MARSHAWN WASHINGTON, JR.

9
10 _____
   EUGENE IREDALE, Attorneys for Plaintiffs
11

12
13 _____
   DOUGLAS GILLILAND, Attorneys for Plaintiffs
14

15
16 _____
   PETER ASTUTO, Defendant
17

18
19 _____
   K. CARSON, Defendant
20

21
22 _____
   LUIS CARRILLO, Defendant
23

24
25 _____
   JUAN CORIA, Defendant
26

27
28 _____
   GARY ROGERS, Defendant

```
 1 | to resolve any and all disputes pertaining to the settlement, including but not limited to, enforcement
   | of and compliance with any settlement agreement. Each party waives any right to appeal from or
 2 | collaterally attack any ruling by Judge McCurine.
 3 |
 4 |
   | BERTHA WASHINGTON, as representative
 5 | of the estate of Marshawn Washington, Sr.
 6 |
 7 | /s/ Theresa Cole
   | Theresa Cole as Guardian ad litem
 8 | for MARSHAWN WASHINGTON, JR.
 9 |
10 | /s/
   | EUGENE IREDALE, Attorneys for Plaintiffs
11 |
12 |
13 | DOUGLAS GILLILAND, Attorneys for Plaintiffs
14 |
15 |
16 | PETER ASTUTO, Defendant
17 |
18 |
19 | R. CARSON, Defendant
20 |
21 |
22 | LUIS CARRILLO, Defendant
23 |
24 |
25 | JUAN CORIA, Defendant
26 |
27 |
28 | GARY ROGERS, Defendant
```

- 2 -                                                           02cv0143-LAB(WMc)

13:38 SEP 27, 2006 TO: DEBORAH NASH FR: CHAMBERS OF THE HONO PAGE 6/7

```
 1
 2
 3   JOHN RUSSELL, Defendant
 4
 5
 6   ALLEN GRIFFIN, Defendant
 7
 8
 9   JAMES KELLEY, Defendant
10
11
12   _____
     JOSEPH KUTYLA, Attorney for Defendants
13   P. Astudi, K. Carson, L. Carrillo, J. Coria,
     G. Rogers, J. Russell, A. Griffin and J. Kelley
14
15        [signature]
16   _____
     PABILTA CORRALES, Defendant
17
18
19        [signature]
     _____
20   MYRNA PASILLAS, Defendant
21
22        [signature]
     _____
23   JOSEPHINE JANSSEN, Defendant
24
25        [signature: Deborah Nash]
     _____
26   DEBORAH NASH, Attorney for Defendants
     P. Corrales, M. Pasillas, and J. Janssen
27
28
                                    - 3 -
```

Received at: 1:07PM, 9/29/2006
Sep 29 2006 13:16                                              619-531-1176         p.6
09/29/2006 11:48 FAX 619 258 1514      LAS COLINAS DF                       ☒008
Sep 29 2006 9:52                                               619-531-1176         p.5
10:29 SEP 27, 2006  TO: JOSEPH KUTYLA    FR: CHAMBERS OF THE HONO  #58139  PAGE: 5/7

| | |
|---|---|
| 1 | to resolve any and all disputes pertaining to the settlement, including but not limited to, enforcement |
| 2 | of and compliance with any settlement agreement. Each party waives any right to appeal from or collaterally attack any ruling by Judge McCurine. |
| 3 | |
| 4 | |
| 5 | BERTHA WASHINGTON, as representative of the estate of Marshawn Washington, Sr. |
| 6 | |
| 7 | Theresa Cole as Guardian ad litem |
| 8 | for MARSHAWN WASHINGTON, JR. |
| 9 | |
| 10 | EUGENE IREDALE, Attorneys for Plaintiffs |
| 11 | |
| 12 | |
| 13 | DOUGLAS GILLILAND, Attorneys for Plaintiffs |
| 14 | |
| 15 | /s/ |
| 16 | PETER ASTUTO, Defendant |
| 17 | |
| 18 | |
| 19 | K. CARSON, Defendant |
| 20 | |
| 21 | |
| 22 | LUIS CARRILLO, Defendant |
| 23 | |
| 24 | |
| 25 | JUAN CORIA, Defendant |
| 26 | |
| 27 | |
| 28 | GARY ROGERS, Defendant |

- 2 -

Received at: 1:07PM, 9/29/2006

Sep 29 2006 13:16                                            619-531-1176                    p.7

Sep 27 2006 12:41                                            619-531-1176                    p.5

12:29 SEP 27, 2006   TO: JOSEPH KUTYLA         FR: CHAMBERS OF THE HONO       #58139   PAGE: 5/7

1  to resolve any and all disputes pertaining to the settlement, including but not limited to, enforcement
   of and compliance with any settlement agreement. Each party waives any right to appeal from or
2  collaterally attack any ruling by Judge McCurine.

3

4  BERTHA WASHINGTON, as representative
5  of the estate of Marshawn Washington, Sr.

6

7  Theresa Cole as Guardian ad litem
8  for MARSHAWN WASHINGTON, JR.

9

10 EUGENE IREDALE, Attorneys for Plaintiffs
11

12

13 DOUGLAS GILLILAND, Attorneys for Plaintiffs
14

15

16 PETER ASTUTO, Defendant
17

18  /s/ K. Carson
19 K. CARSON, Defendant
20

21

22 LUIS CARRILLO, Defendant
23

24

25 JUAN CORIA, Defendant
26

27

28 GARY ROGERS, Defendant

-2-

Received at: 1:07PM, 9/29/2006

Sep 29 2006 13:17                                              619-531-1176              p.8
09/27/2006  11:31   8582781752            POWA                              PAGE  02
Sep 27 2006 11:16                                              619-531-1176              p.5
10:29 SEP 27, 2006   TO: JOSEPH KUTYLA   FR: CHAMBERS OF THE HOND   #56139   PAGE: 5/7

1  to resolve any and all disputes pertaining to the settlement, including but not limited to, enforcement
2  of and compliance with any settlement agreement. Each party waives any right to appeal from or
   collaterally attack any ruling by Judge McCurine.

3

4
   BERTHA WASHINGTON, as representative
5  of the estate of Marshawn Washington, Sr.

6

7
   Theresa Cole as Guardian ad litem
8  for MARSHAWN WASHINGTON, JR.

9

10
   EUGENE IREDALE, Attorneys for Plaintiffs
11

12

13 DOUGLAS GILLILAND, Attorneys for Plaintiffs

14

15

16 PETER ASTUTO, Defendant

17

18

19 K. CARSON, Defendant

20

21 /s/ Luis Carrillo

22 LUIS CARRILLO, Defendant

23

24

25 JUAN CORIA, Defendant

26

27

28 GARY ROGERS, Defendant

- 2 -

1  to resolve any and all disputes pertaining to the settlements, including but not limited to, enforcement
2  of and compliance with any settlement agreement. Each party waives any right to appeal from or
   collaterally attack any ruling by Judge McCurine.
3

4  BERTHA WASHINGTON, as representative
5  of the estate of Marshawn Washington, Sr.

6

7  Theresa Cole as Guardian ad litem
8  for MARSHAWN WASHINGTON, JR.

9

10 EUGENE IREDALE, Attorneys for Plaintiffs
11

12

13 DOUGLAS GILLILAND, Attorneys for Plaintiffs
14

15

16 PETER ASTUTO, Defendant
17

18

19 R. CARSON, Defendant
20

21

22 LUIS CARRILLO, Defendant
23

24

25 JUAN CORIA, Defendant
26

27

28 GARY ROGERS, Defendant

                                   - 2 -

Received at: 1:07PM, 9/29/2006
Sep 29 2006 13:17                                      619-531-1176           p.10
09/27/2006  14:17    6196612898           GBDF SHERIFF DEPT                PAGE 01/01
Sep 27 2006 11:30                               619-531-1176                  p.6
10 9 SEP 27, 2006   TO: JOSEPH KUTYLA   FR: CHAMBERS OF THE HONO   #58133  PAGE: 6/7

1

2

3  _____
   JOHN RUSSELL, Defendant

5

6  _____
   ALLEN GRIFFIN, Defendant

7

8

9  _____
   JAMES KELLEY, Defendant

10

11

12  _____
    JOSEPH KUTYLA, Attorney for Defendants
13  P. Astuto, K. Carson, K. Curvillo, T. Coria,
    G. Rogers, J. Russell, A. Griffin and J. Kelley
14

15

16 _____
   PABILTA CORRALES, Defendant
17

18

19 _____
   MYRNA PASILLAS, Defendant
20

21

22 _____
   JOSEPHINE JANSSEN, Defendant
23

24

25 _____
   DEBORAH NASH, Attorney for Defendants
26 P. Corrales, M. Pasillas, and J. Janssen

27

28

- 3 -

Received at: 1:07PM, 9/29/2006

Sep 29 2006 13:17                                        619-531-1176              p.11
09/27/2006  11:45   760-942-5093      ENCINITAS SHERIFF                    PAGE  06
Sep 27 2006  11:18                                       619-531-1176              p.6
12:25 SEP 27, 2006  TO: JOSEPH KUTYLA   FR: CHAMBERS OF THE HOND   #59199  PAGE: 6/7

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | JOHN RUSSELL, Defendant |
| 4 | |
| 5 | *[signature: Alan W. Griffith]* |
| 6 | ALLEN GRIFFIN, Defendant |
| 7 | |
| 8 | |
| 9 | JAMES KELLEY, Defendant |
| 10 | |
| 11 | |
| 12 | JOSEPH KUTYLA, Attorney for Defendants |
| 13 | P. Astuki, K. Carson, L. Currillo, J. Coria, G. Rogers, J. Russell, A. Griffin and J. Kelley |
| 14 | |
| 15 | |
| 16 | |
| 17 | PABILTA CORRALES, Defendant |
| 18 | |
| 19 | |
| 20 | MYRNA PASILLAS, Defendant |
| 21 | |
| 22 | |
| 23 | JOSEPHINE JANSSEN, Defendant |
| 24 | |
| 25 | DEBORAH NASH, Attorney for Defendants |
| 26 | P. Corrales, M. Pasillas, and J. Janssen |
| 27 | |
| 28 | |

- 3 -

02cv0143-LAB(WMc)

Received at: 1:07PM, 9/29/2006
Sep 29 2006 13:18                                          619-531-1176              p.12
09/28/2006  09:38   6194982542              DEP VALDEZ                    PAGE  01
Sep 28 2006 9:52                                        619-531-1176              p.6
18:29 SEP 27, 2006  TO: JOSEPH KUTYLA    FR: CHAMBERS OF THE HONO   #60139  PAGE: 6/7

1
2
3  JOHN RUSSELL, Defendant
4
5
6  ALLEN GRIFFIN, Defendant
7
8
9  JAMES KELLEY, Defendant
10
11
12  JOSEPH KUTYLA, Attorney for Defendants
13  P. Astuto, K. Carson, E. Carrillo, A. Coria,
    G. Rogers, J. Russell, A. Griffin and J. Kelley
14
15
16
17  PABILTA CORRALES, Defendant
18
19
20  MYRNA PASILLAS, Defendant
21
22
23  JOSEPHINE JANSSEN, Defendant
24
25
26  DEBORAH NASH, Attorney for Defendants
    P. Corrales, M. Pasillas, and J. Janssen
27
28

- 3 -

Received at: 9:07AM, 10/3/2006

Oct 03 2006 9:19                                              619-531-1176           p.3
  10/02/2006  17:20    6196612722              EMDF
                                                                              PAGE  85
  Oct 02 2006 16:54
                                                              619-531-1176           p.5
    09/29/2006 11:42 FAX 619 269 1514    LAS COLINAS DP                       ☒006
    Sep 29 2006 8:52
                                                              619-531-1176           p.5
       10:20 SEP 27, 2006  TO: JOSEPH KUTYLA   FR: CHAMBERS OF THE HON○   6681129 PAGE 6/7

| | |
|---|---|
| 1 | to resolve any and all disputes pertaining to the settlement, including but not limited to, enforcement |
| 2 | of and compliance with any settlement agreement. Each party waives any right to appeal from or |
| 3 | collaterally attack any ruling by Judge McCurine. |
| 4 | |
| 5 | BERTHA WASHINGTON, as representative |
| 6 | of the estate of Marshawn Washington, Sr. |
| 7 | |
| 8 | Theresa Cole as Guardian ad litem |
| 9 | for MARSHAWN WASHINGTON, JR. |
| 10 | |
| 11 | EUGENE IREDALE, Attorneys for Plaintiffs |
| 12 | |
| 13 | DOUGLAS GILLILAND, Attorneys for Plaintiffs |
| 14 | |
| 15 | |
| 16 | PETER ASTUTO, Defendant |
| 17 | |
| 18 | |
| 19 | K. CARSON, Defendant |
| 20 | |
| 21 | |
| 22 | LUIS CARRILLO, Defendant |
| 23 | |
| 24 | |
| 25 | JUAN CORIA, Defendant |
| 26 | |
| 27 | |
| 28 | GARY ROGERS, Defendant |

-2-

Received at: 2:23PM, 10/11/2006

10/11/06  14:23 FAX 6195316005     COUNTY COUNSEL                                    ☒003
14:10 OCT 11, 2006  TO: JAMES CHAPIN     FR: CHAMBERS OF THE HONO     #59486  PAGE: 7/7

1

2

3  _/s/ James M._____   10-11-06

4  JAMES CHAPIN, Attorney for Defendant
   County of San Diego
5

6

7  IT IS SO ORDERED:

8  _____
   HON. LARRY A. BURNS,   DISTRICT JUDGE
   UNITED STATES DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1
2
3
4  _____
   JAMES CHAPIN, Attorney for Defendant
5  County of San Diego
6
7  **IT IS SO ORDERED:**     _Larry A. Burns_     10-16-06
                             HON. LARRY A. BURNS,   DISTRICT JUDGE
8                            UNITED STATES DISTRICT COURT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28