# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA WASHINGTON, individually and as Successor in Interest to the Estate of Marshawn Washington, MARSHAWN WASHINGTON, JR. an individual and minor, by through his guardian ad litem Theresa Cole,<br><br>        Plaintiff,<br>vs.<br>COUNTY OF SAN DIEGO, a municipal corporation, PETER ASTUTO, an individual, K. CARSON, an individual LUIS CARRILLO, an individual, JUAN CORIA, an individual, JOHN RUSSELL, an individual, ALLEN GRIFFIN, an individual, JAMES KELLEY, an individual, PABLITA CORRALES, an individual, MYRNA PASILLAS (sic), an individual, JOSEPHINE JANSSEN, an individual, BLESIDA (sic) MAAGHOP, an individual, CLARISA (sic) CAGAWA (sic), an individual, and DOES 1-100, inclusive,<br><br>        Defendants. | CASE NO. 02cv0143-LAB (WMc)<br><br>**ORDER** |

  The Court held a hearing on Plaintiffs' Petition and [Proposed] Order Approving Settlement Involving a Minor [Doc. No. 253.] on February 7, 2007. Eugene Iredale, Esq. and Doug Gilliland, Esq. appeared for Plaintiffs. James Chapin, Esq. and Mary Ann Wiggs appeared for the County of San Diego.

  The Court has carefully considered Plaintiffs' Petition and after hearing from counsel of

record and the parties to the settlement at the February 7, 2007 hearing, which is incorporated by reference herein, the settlement of this case is APPROVED.

Attorney Doug Gilliland shall submit a proposed order setting forth the payment terms of the settlement as approved by the Hon. William McCurine, Jr. at the February 7, 2007 hearing no later than **February 16, 2007**.

The Court will hold a telephonic Settlement Disposition Conference on **March 7, 2007 at 9:00 a.m.** Attorney Iredale is ordered to contact counsel for the County of San Diego and initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: February 7, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc:

HON. LARRY A. BURNS, UNITED STATES DISTRICT JUDGE
HON. JAN M. ADLER, UNITED STATES MAGISTRATE JUDGE
ALL PARTIES AND COUNSEL OF RECORD