```
EUGENE G. IREDALE, ESQ. (SBN: 75292)
LAW OFFICES OF EUGENE G. IREDALE
105 West "F" Street, 4th Floor
San Diego, California  92101-6036
TEL: (619) 233-1525, FAX: (619) 233-3221

DOUGLAS S. GILLILAND, ESQ. (SBN: 157427)
AINBINDER, HITZKE & GILLILAND, INC.
402 West BROADWAY, Ste. 1760
San Diego, California  92101
TEL: (619) 338-0700, FAX: (619) 338-0777
```

FILED
2007 FEB 15  PM 3:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____RM_____DEPUTY

Attorneys for Plaintiffs BERTHA and MARSHAWN WASHINGTON, JR.

## UNITED STATES DISTRICT COURT

### IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA WASHINGTON, an individual, and MARSHAWN WASHINGTON, JR., by and through his guardian ad litem Theresa Cole,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, PETER ASTUTO, an individual, KEVIN P. CARSON, an individual, LUIS CARRILLO, an individual, JUAN CORIA, an individual, GARY ROGERS, an individual, JOHN RUSSELL, an individual, ALLEN GRIFFIN, an individual, JAMES KELLEY, an individual, PABLITA CORRALES, an individual, MYRNA PASILLAS, an individual, and JOSEPHINE JANSSEN, an individual,<br><br>　　　　　　　Defendants. | Case No.: 02-CV-0143-LAB(WM)<br><br>**ORDER APPROVING SETTLEMENT INVOLVING A MINOR AND DISTRIBUTION OF SETTLEMENT FUNDS**<br><br>[S.D. Local Rule 17.1]<br><br>Judge: Hon. William McCurine, Jr.<br>Ctrm:　C |

　　The petition of Plaintiffs BERTHA WASHINGTON, an individual, and MARSHAWN WASHINGTON, JR., a minor, by and through his guardian ad litem Theresa Cole, and their attorneys of record, Law Offices of Eugene G. Iredale, by Eugene G. Iredale, Esq. and Ainbinder, Hitzke & Gilliland, Inc., by Douglas S. Gilliland, Esq., came on

1

regularly for hearing at 11:00 a.m. in Courtroom C of the United States District Court, in and for the Southern District of California, the Honorable William McCurine, Jr. presiding. Also in attendance were Senior Deputy County Counsel James M. Chapin and, by telephone, structured settlement specialist Manny Lopez of Ringler and Associates, San Diego.

The petition for approval of settlement involving a minor and for distribution of funds proposed the following distributions:

| | |
|---|---:|
| Gross Settlement | $400,000 |
| | |
| Bertha W.'s Gross Share | $200,000 |
| Half the Costs | 24,440.17 |
| Net Settlement | 175,559.83 |
| 1/3 Attorney Fees | 58,519.93 |
| Bertha W.'s Share | 117,039.90 |
| | |
| Marshawn W.'s Gross Share | $200,000 |
| 1/4 Attorney Fees | 50,000 |
| Half the Costs | 24,440.17 |
| Marshawn W.'s Share | 125,559.83 |

After reviewing the petition and conferring with counsel, Mr. Valdez and plaintiffs, and finding good cause therefor,

IT IS HEREBY ORDERED:

(1) The distribution of settlement proceeds between the minor and his mother is fair and reasonable;

(2) The costs of litigation and manner of deduction from each plaintiff's share is fair and reasonable;

(3) The attorneys fees for the minor are in accord with the statute and the attorneys fees for Bertha Washington are fair and reasonable;

(4) The structured settlement proposed in the petition shall be modified so that the $125,559.83 share of Marshawn Washington, Jr. shall be invested with an A+ rated company with a 40 year guarantee to pay the following amounts payable to Marshawn Washington, Jr.: (a) $50,000 on his 18th birthday; (b) $50,000 on his 25th birthday; (c) $101,500 on his 30th birthday; (d) $101,500 on his 35th birthday; and (e) $101,500 on his 40th birthday.

(5) The County of San Diego shall prepare two separate settlement drafts. The first shall be for Marshawn Washington, Jr.'s structured settlement and shall be made payable to Hartford CEBSCO (TIN #061120503) and shall be delivered to Mr. Valdez' office no later than February 23, 2007. The second shall be for the balance of the $400,000 settlement ($274,440.17) which represents the share of Bertha Washington, costs and attorney fees and shall be made payable to Bertha Washington and Eugene G. Iredale, Esq. and shall be delivered to Mr. Iredale's office no later than February 23, 2007.

IT IS SO ORDERED.

DATED: 2/15/07

Hon. William McCurine
U.S. District Court Judge

3